Russell B. Weekes (10214)
Perry Bsharah (10871)
**Weekes Law PLLC**
179 N. 1200 E. , Suite 104
Lehi, Utah 84043
T: (801) 657-5074
F: (888) 612-4236
E*: ecf@weekeslaw.net*
*Attorney for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| In re: | |
|---|---|
| MINDY ANN BEE,  Debtor. | CASE No. 16-27385  Chapter 13  JUDGE R. Kimball Mosier |

*EX PARTE* **MOTION TO EXTEND TIME TO CURE DEFICIENCIES**

Debtor, through counsel undersigned, hereby moves this Court for an *Ex Parte* Motion to Extend Time to Cure Deficiencies and represent as follows:

1. Debtor filed a voluntary Chapter 13 bankruptcy petition on August 23, 2016.

2. Debtor had a deadline of September 6, 2016 to cure deficiencies.

3. Debtor had difficulty getting pay advices from her employer and request additional time to cure deficiency for this reason.

4. Debtor cured all deficiencies no later than September 8, 2016.

WHEREFORE, Debtor respectfully requests the deadline to cure deficiencies be extended to September 8, 2016, and for any additional relief that the Court may deem just.

1

RESPECTFULLY SUBMITTED this October 31, 2016.

**Weekes Law PLLC**

/S/ Russell  B.  Weekes  _____
Russell  B.  Weekes
*Attorney for Debtor*

**Certificate of Service**

A true and correct copy of the foregoing paper was served electronically to all parties entitled to receive CM/ECF notice in this case and the noted parties below:

Lon A. Jenkins
Chapter 13 Trustee
*ECF notification*

U.S. Trustee's Office
*ECF notification*

Utah State Tax Commission
*ECF Notification*

Dated this October 31, 2016.

**Weekes Law PLLC**

/S/ Russell  B.  Weekes  _____
Russell  B.  Weekes
*Attorney for Debtor*